IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANNE MCSHANE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 24-667 (JLH) |
| | ) |
| CRAIG KARSNITZ, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiffs Anne McShane and Sabrina McCauley, of Milton, Delaware, filed a complaint *pro se*, and the Court granted them leave to proceed *in forma pauperis*. (D.I. 3, 5.) The complaint is subject to this Court's *sua sponte* review and dismissal upon a determination that the pleading is frivolous or malicious, fails to state a claim, or seeks monetary relief from defendants who are immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B). At this early stage of the case, the Court accepts the facts alleged in Plaintiffs' *pro se* pleading as true, draws all reasonable inferences in their favor, and asks only whether the complaint, liberally construed, contains facts sufficient to state a plausible claim.

Plaintiffs filed their complaint on June 4, 2024. Plaintiffs' claims arise from a state foreclosure proceeding involving a residential property in Sussex County, which concluded with a public sale scheduled for June 18, 2024. (*See* D.I. 3 at 17-22, 30.) In this action, Plaintiffs seek money damages and injunctive relief to prevent public sale and remain in possession of the property. (*See id.* at 30-31, 33-35.)

To the extent Plaintiffs seek (or sought) to stop the state foreclosure proceeding, this Court abstains pursuant to the *Younger* abstention doctrine. That doctrine applies when "(1) there are ongoing state proceedings that are judicial in nature; (2) the state proceedings implicate important

state interests; and (3) the state proceedings afford an adequate opportunity to raise federal claims." *Schall v. Joyce*, 885 F.2d 101, 106 (3d Cir. 1989).  Plaintiffs both could and should have taken up their concerns regarding the pending foreclosure with the Delaware state courts.[1]

NOW, THEREFORE, at Wilmington, on this 14th day of October, 2025, IT IS HEREBY ORDERED that the complaint (D.I. 3) is DISMISSED without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court is directed to CLOSE this case.

_____
The Honorable Jennifer L. Hall
United States District Judge

---

[1] To the extent the state court foreclosure is now final, this Court must give effect to that judgment.  28 U.S.C. § 1738 (requiring the federal court to "give the same preclusive effect to a state-court judgment as another court of that State would give").